2430 S. Swan Road
Tucson, AZ 85711

SON 50/3.5-C

**U.S. Customs and Border Protection**

December 7, 2025

MEMORANDUM FOR:    U.S. Attorney`s Office
                              Los Angeles

FROM:                   D▮▮▮H▮▮▮
                              Supervisory Border Patrol Agent
                              Sonoita Station

SUBJECT:               18 USC 111, Victim Statement

On the day of the incident, immigration enforcement operations were being conducted in Los Angeles, CA. During the course of these operations, a large crowd assembled and began vocally confronting myself and fellow Border Patrol agents. Amid the heightened tension, an individual identified as Matthew Munoz intentionally spat directly in my face after yelling "fuck you". This act was perceived as a significant breach of respect and raised immediate concerns regarding potential infectious contamination. Given my prior experience of contracting COVID-19 in the performance of my duties, the incident heightened my apprehension about exposure to illness through bodily fluids.