UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   2:25-cr-00708 -MAA                                    Date:  December 17, 2025

Present:  The Honorable:  Honorable Maria A. Audero, United States Magistrate Judge

Interpreter  N/A

| Marina Moreno-Carrillo | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Matthew Jules Munoz | | | | N/A | | | |

**Proceedings (IN CHAMBERS): Amendment to Judgment (ECF No. 54) and Criminal Minutes (ECF No. 52)**

On December 9, 2025, Magistrate Judge Maria A. Audero sentenced Defendant Matthew Jules Munoz ("Defendant") to, among other things, imprisonment for three consecutive weekends commencing December 19, 2025.  (ECF Nos. 52, 54.)  Although the Criminal Minutes do not expressly state, the order issued from the bench was that Defendant must self-surrender to commence his weekend imprisonments no later than 3 pm on Fridays and be released no earlier than 3 pm on the following Sundays.

On December 16, 2025, the United States Marshal sent the attached email to Judge Audero's Chambers.  As noted, neither the Bureau of Prisons nor the United States Marshal do weekend releases.

On this basis, the Court amends this portion of the judgment and commitment order as follows:  Defendant shall be imprisoned for two consecutive weekends, commencing December 26, 2025, for which he must self-surrender no later than 3 pm on Fridays and be released no earlier than 3 pm on the following Mondays.

All other terms of the Court's Judgment and Criminal Minutes remain as originally ordered.

It is so ordered.

Attachment:  12/16/25 email from United States Marshals Service

cc via email

Armando Escamilla, Investigative Analysis, Department of Justice,
U.S. Marshal Service

Initials of Deputy Clerk   MMC